# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 13, 2012

No. 11-40773

Lyle W. Cayce
Clerk

FERNANDO MORALES, as Representative of Fish & Shrimp, Incorporated, doing business as Tino's Seafood,

Plaintiff - Appellant

v.

BOARD OF ADJUSTMENTS & APPEALS; PAUL FEDIGAN; JAY MITCHUM; CITY OF SOUTH PADRE ISLAND,

Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Texas, Brownsville
1:10-CV-76

Before JOLLY, DAVIS, and BARKSDALE, Circuit Judges..

PER CURIAM:[*]

Disclosures at oral argument made it clear that this case is moot. Accordingly the appeal is dismissed.

DISMISSED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.